# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0750.  DEWANTEZ CHESTER v. AUTOVEST, LLC.**

Dewantez Chester, the defendant in this civil action, filed this direct appeal from the trial court's order denying his OCGA § 9-11-60 (d) motion to set aside the default judgment against him.  We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).  Chester's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/11/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.